# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Horizon Industries, Ltd. ) ASBCA Nos. 59364, 59365
)
Under Contract No. SP4704-09-A-0003 )

APPEARANCE FOR THE APPELLANT: Tenley A. Carp, Esq.
Arnall Golden Gregory LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Daniel K. Poling, Esq.
DLA Chief Trial Attorney
ChristinaLynn E. McCoy, Esq.
Alan S. Liu, Esq.
Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 21 January 2015

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59364, 59365, Appeals of Horizon Industries, Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals